IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KAREN QUINTANILLA, | |
| Plaintiff, | Case No.: 1:24-cv-03786 |
| v. | Judge Jeremy C. Daniel |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Sheila M. Finnegan |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 74 | gold mi |
| 155 | TUGOART |
| 89 | PIKADINGNIS |
| 151 | MomoArt Diamond Painting |
| 152 | Huacan Diamond Painting |
| 71 | CHAQLIN |
| 63 | Zhixincheng |
| 72 | guangzhougongxiangchongmaoyi |
| 19 | RODMAIE DIRECT |
| 59 | zhi zhi high art poster |
| 61 | KAIHONGCM |
| 64 | hengpai |
| 40 | qianyuwenxinxikeji |
| 70 | Amzprint |
| 26 | gjmiuiuiui |
| 27 | Anna Cowper |
| 31 | TaiyuShop |
| 93 | Raymone |
| 36 | NTETSN |
| 30 | GFFLAG |

1

DATED: June 18, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Keith A. Vogt*
　　　　　　　　　　　　　　　　　　　　Keith A. Vogt (Bar No. 6207971)
　　　　　　　　　　　　　　　　　　　　Keith Vogt, Ltd.
　　　　　　　　　　　　　　　　　　　　33 W. Jackson Blvd., #2W
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　　　　Telephone:312-971-6752
　　　　　　　　　　　　　　　　　　　　E-mail: keith@vogtip.com

　　　　　　　　　　　　　　　　　　　　***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 18, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                              */s/ Keith A. Vogt*
                                              Keith A. Vogt